**No. 45009.**—Protest 16437–K of A. Schnuerer, Inc. (New York).

Opinion by WALKER, J. In accordance with stipulation of counsel and on the authority of *Steinberger* v. *United States* (3 Cust. Ct. 187, C. D. 229) the chamois leather in question was held dutiable at 20 percent under paragraph 1530 (c) and T. D. 48316 as claimed.

**No. 45010.**—Protest 33995–K of Hudson Shipping Co., Inc. (New York).

Opinion by WALKER, J. There was no appearance on the part of the plaintiff. On the record presented the protest was overruled.

BEFORE THE FIRST DIVISION, DECEMBER 20, 1940

**No. 45011.**—Protests 890944–G(B), etc., of A. D. Cohen Co. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is similar to the wool hat bodies passed upon in *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

**No. 45012.**—Protests 666023–G, etc., of Henry Pollak, Inc. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is the same as that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

**No. 45013.**—Protest 999893–G of Wecoline Products Corporation (New York).

Opinion by WALKER, J. On the authority of Abstract 43512 the claim for free entry under paragraph 1732 was sustained. The facts and legal situation were found to be identical with those in *Mitsui* v. *United States* (6 Cust. Ct. 3, C. D. 411) where it was held that the merchandise was not subject to duty under the provisions of the Revenue Act.